928

Peter B. ROEMER and John S. Hickey, Appellants,

v.

William F. PUNCHARD and Robert D. Pillsbury, Appellees,

v.

Peter Mansfield, Barry L.W. Chapman, Robert Turner, and Roger M. Bowley, Appellees.

No. 02–1365.

United States Court of Appeals, Federal Circuit.

DECIDED: Jan. 27, 2003.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

CENTOCOR, INC., the Trustees of Columbia University in the City of New York, and the Board of Trustees of the Leland Stanford Junior University, Plaintiffs–Appellants,

v.

MEDIMMUNE, INC., Defendant–Appellee.

No. 02–1118.

United States Court of Appeals, Federal Circuit.

DECIDED: Jan. 28, 2003.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).